# EXHIBIT B



# Service of Process Transmittal
02/10/2022
CT Log Number 541038020

| | |
|---|---|
| **TO:** | Chuck Morici<br>FORD MOTOR COMPANY<br>1 American Rd<br>Dearborn, MI 48126-2798 |
| **RE:** | **Process Served in Michigan** |
| **FOR:** | Ford Motor Company  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: The Estate of Irene W. Shelby Representative) Robert N Shelby // To: Ford Motor Company |
| **DOCUMENT(S) SERVED:** | Summonses, Proof(s), Complaint |
| **COURT/AGENCY:** | 52-3 District Court - Oakland County, MI<br>Case # 22C00157GC |
| **NATURE OF ACTION:** | Employee Litigation - Claim regarding unlawful withdrawal funds from plaintiff's bank account |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Plymouth, MI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/10/2022 at 15:54 |
| **JURISDICTION SERVED :** | Michigan |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after receipt |
| **ATTORNEY(S) / SENDER(S):** | Robert N Shelby<br>525 Andover Ct.<br>Rochester Hills, MI 48306<br>248-709-9145 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/11/2022, Expected Purge Date: 02/16/2022<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | The Corporation Company<br>40600 Ann Arbor Road E<br>Suite 201<br>Plymouth, MI 48170<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

| Approved, SCAO | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|
| **STATE OF MICHIGAN**<br>52-3 District Court   JUDICIAL DISTRICT<br>700 Barkleys Circle   JUDICIAL CIRCUIT<br>Rochester Hills ,MI.  COUNTY PROBATE | **SUMMONS** | | **CASE NO.**<br>22-C00157-GC |

**Court address**
700 Barclay Circle, Rochester Hills, MI 48307

Court telephone no.

| Plaintiff's name(s), address(es), and telephone no(s).<br>Irene W Shelby, Estate<br>Robert N Shelby<br>525 Andover Ct<br>Rochester Hills, MI. 48306 | v | Defendant's name(s), address(es), and telephone no(s).<br>FORD MOTOR COMPANY<br>FORD MOTOR COMPANY OF DELAWAR<br>THE CORPORATION COMPANY<br>40600 ANN ARBOR RD E<br>STE 201<br>PLYMOUTH, MICHIGAN, 48170<br>And<br><br>Ford Motor Defined Benefit Master Trust<br>One American Drive<br>Room # 814<br>Dearborn Michigan 48126 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>REPRESENTING OURSELF,<br>-- ROBERT SHELBY,<br><br>248 709 9145 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.  **SUMMONS**

CASE ASSIGNED TO (P37601)
JUDGE NANCY TOLWIN CARNIAK

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>1-21-22 | Expiration date*<br>4-22-22 | Court clerk<br>AMY L. LUCE TO |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (9/19)  **SUMMONS**              MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

| SUMMONS |
|---|
| Case No. |

**PROOF OF SERVICE**

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

☐ **OFFICER CERTIFICATE**  OR  ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

Being first duly sworn, I state that I am a legally competent adult, and I am not a party or an officer of a corporate party (MCR 2.103[A]), and that: (notarization required)

☐ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _____
List all documents served with the summons and complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

Title

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                            Date

My commission expires: _____   Signature: _____
                        Date                         Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                          Attachments

_____ on _____
                    Day, date, time

_____ on behalf of _____
Signature

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| STATE OF MICHIGAN<br>52-3  JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | COMPLAINT<br>Page    of    pages | CASE NO. |

**Court address**  
700 Barclay Cir. Rochester Hills, MI. 48307

**Court telephone no.**

| Plaintiff's name(s), address(es), and telephone no(s).<br>Irene W Shelby Estate<br>Robert Shelby, repersenting the Estate<br>525 Andover CT<br>Rochester Hills, MI. 48306 | v | Defendant's name(s), address(es), and telephone no(s).<br>Ford Motor Company<br>40600 Ann Arbor Road E.<br>STE. 201<br>Plymouth Michigan, 48170<br>AND<br>Ford Motor Defined Benifit Master Trust<br>One American Road<br>Room #814<br>Dearborn Michigan, 48126 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Robert Shelby, repersenting the Estate 248 709 9145. | | |

Date: 1/21/2022

Signature: R. Shelby

MC 01a  (6/19)  **COMPLAINT**

IN THE DISTRIC COURT OF MICHIGAN, 52-3 District Court, OAKLAND COUNTY

The Estate of Irene W. Shelby,                    )
Dob, 08/17/23
Date of death, 01-24/2016
  Soc. Sec. #xxx-xx-7282
(Representative), Robert N Shelby, 248-709-9145
525 Andover Ct
Rochester Hills, Michigan
48306
_____ )
                                                   )
              V.                                   )    NO. _____
FORD MOTOR COMPANY                                 )
FORD MOTOR COMPANY OF DELAWAR
THE CORPORATION COMPANY
40600 ANN ARBOR RD E
STE 201
PLYMOUTH, MICHIGAN, 48170

And

Ford Motor Defined Benefit Master Trust
One American Drive
Room # 814
Dearborn Michigan 48126

                                                   )
                                                   )
_____ )
                                                   )

COMPLAINT

Comes now, The estate of Irene W. Shelby, deceased January 24, 2016, Plaintiff. Represented by Robert N. Shelby (Son), and files this complaint against FORD MOTOR COMPANY and Ford Motor Defined Benefit Master Trust and for cause would show as follows:

1. Plaintiff is an adult resident of Rochester Hills; Michigan   Plaintiff represents the estate of Irene W Shelby and is the Executive of the Last Will and Testament and the Substitute Trustee of the Irene W Shelby Living Trust.
2. In addition, Plaintiff is the recipient of a pension plan benefit from Ford Motor Company and has been receiving said benefit for approximately forty years.

- 1 -

2. Defendant, FORD MOTOR COMPANY Is the former employer of Plaintiff and care holder of pension fund, Ford Motor Defined Benefit Master Trust is believed to be the benefit manager.

3. On or about the February 15 2016, Defendant made a with draw from the Plaintiff checking account held at Comerica Bank Rochester Hills Michigan. In the amount of $7,392.19

4. The Defendant had no authority to withdraw any funds from the Plaintiff's bank account. The defendant has verbally acknowledged that they did make this withdraw in error as the date of death was incorrectly entered into their data system.

5. Plaintiff has requested both in writing and phone conversations to the Ford Motor Pension Department a full refund of the $7392.19. The requests have not been addresses and the Defendants are is in possession of the funds.

WHEREFORE, Plaintiff brings this action against FORD MOTOR COMPANY and Ford Motor Defined Benefit Master Trust demands judgment in the sum of $7392.19 with interest, compensatory damages and court fees and all costs of these proceedings.

Respectfully submitted,

*/s/ Robert N Shelby/*

Robert N Shelby,
Irene W. Shelby Estate
525 Andover Ct.
Rochester Hills, Michigan, 48306
248 709 9145

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN<br>52-3 District Court  JUDICIAL DISTRICT<br>700 Barkleys Circle  JUDICIAL CIRCUIT<br>Rochester Hills, MI.  COUNTY PROBATE | SUMMONS | CASE NO.<br>22-C00157-GC |
|---|---|---|

**Court address**
700 Barclay Circle, Rochester Hills, MI 48307                                    Court telephone no.

| Plaintiff's name(s), address(es), and telephone no(s).<br>Irene W Shelby, Estate<br>Robert N Shelby<br>525 Andover Ct<br>Rochester Hills, MI. 48306 | v | Defendant's name(s), address(es), and telephone no(s).<br>FORD MOTOR COMPANY<br>FORD MOTOR COMPANY OF DELAWAR<br>THE CORPORATION COMPANY<br>40600 ANN ARBOR RD E<br>STE 201<br>PLYMOUTH, MICHIGAN, 48170<br>And<br><br>Ford Motor Defined Benefit Master Trust<br>One American Drive<br>Room # 814<br>Dearborn Michigan 48126 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>REPRESENTING OURSELF,<br>-- ROBERT SHELBY,<br><br>248 709 9145 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer   pending.

Summons section completed by court clerk.    **SUMMONS**

CASE ASSIGNED TO (P37601)
JUDGE NANCY TOLWIN CARNIAK

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 1-21-22 | 4-22-22 | AMY L. LUCE    TO |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (9/19) **SUMMONS**                                    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| STATE OF MICHIGAN<br>52-3    JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **COMPLAINT**<br>Page   of   pages | **CASE NO.** |

**Court address**  
700 Barclay Cir. Rochester Hills, MI. 48307

**Court telephone no.**

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Irene W Shelby Estate<br>Robert Shelby, repersenting the Estate<br>525 Andover CT<br>Rochester Hills, MI. 48306 | v | Ford Motor Company<br>40600 Ann Arbor Road E.<br>STE. 201<br>Plymouth Michigan, 48170<br>AND<br>Ford Motor Defined Benifit Master Trust<br>One American Road<br>Room #814<br>Dearborn Michigan, 48126 |

Plaintiff's attorney, bar no., address, and telephone no.  
Robert Shelby, repersenting the Estate 248 709 9145.

1/21/2022  
Date

Signature: R. Shelby

MC 01a (6/19) **COMPLAINT**

IN THE DISTRIC COURT OF MICHIGAN, 52-3 District Court, OAKLAND COUNTY

The Estate of Irene W. Shelby,  )
Dob, 08/17/23
Date of death, 01-24/2016
 Soc. Sec. #xxx-xx-7282
(Representative), Robert N Shelby, 248-709-9145
525 Andover Ct
Rochester Hills, Michigan
48306
_____ )
                                    )
          V.                        )        NO. _____
FORD MOTOR COMPANY                  )
FORD MOTOR COMPANY OF DELAWAR
THE CORPORATION COMPANY
40600 ANN ARBOR RD E
STE 201
PLYMOUTH, MICHIGAN, 48170

And

Ford Motor Defined Benefit Master Trust
One American Drive
Room # 814
Dearborn Michigan 48126

                                    )
                                    )
_____ )
                                    )

COMPLAINT

    Comes now, The estate of Irene W. Shelby, deceased January 24, 2016, Plaintiff. Represented by Robert N. Shelby (Son), and files this complaint against FORD MOTOR COMPANY and Ford Motor Defined Benefit Master Trust and for cause would show as follows:

1. Plaintiff is an adult resident of Rochester Hills; Michigan   Plaintiff represents the estate of Irene W Shelby and is the Executive of the Last Will and Testament and the Substitute Trustee of the Irene W Shelby Living Trust.
2. In addition, Plaintiff is the recipient of a pension plan benefit from Ford Motor Company and has been receiving said benefit for approximately forty years.

- 1 -

2.    Defendant, FORD MOTOR COMPANY Is the former employer of Plaintiff and care holder of pension fund, Ford Motor Defined Benefit Master Trust is believed to be the benefit manager.

3.   On or about the February 15 2016, Defendant made a with draw from the Plaintiff checking account held at Comerica Bank Rochester Hills Michigan. In the amount of $7,392.19

4.   The Defendant had no authority to withdraw any funds from the Plaintiff's bank account. The defendant has verbally acknowledged that they did make this withdraw in error as the date of death was incorrectly entered into their data system.

5.   Plaintiff has requested both in writing and phone conversations to the Ford Motor Pension Department a full refund of the $7392.19. The requests have not been addresses and the Defendants are is in possession of the funds.

WHEREFORE, Plaintiff brings this action against FORD MOTOR COMPANY and Ford Motor Defined Benefit Master Trust demands judgment in the sum of $7392.19 with interest, compensatory damages and court fees and all costs of these proceedings.

Respectfully submitted,

Robert N Shelby,
Irene W. Shelby Estate
525 Andover Ct.
Rochester Hills, Michigan, 48306
248 709 9145